# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDA DARCELL GILBERT, PAUL MATTHEW GILBERT, ROBERT EARL COLE,<br><br>    Defendants. | No. CR 06-106<br><br>ORDER |

On October 19, 2006, the court accepted the jury verdict finding Defendant Linda Darcell Gilbert guilty on Count 1 of the Indictment; Robert Earl Cole guilty on Counts 1, 2, and 4 of the Indictment; and Paul Matthew Gilbert not guilty on Counts 3 and 5 of the Indictment.

Accordingly, IT IS ORDERED as follows:

1. The United States Probation Office shall conduct a presentence investigation and prepare a report as to Linda Darcell Gilbert and Robert Earl Cole.

2. The attorneys shall timely comply with the deadlines for preparation of the presentence reports.

3. Defendants Linda Darcell Gilbert and Robert Earl Cole are detained pursuant to 18 U.S.C. §3143(a)(2). The Court is unable to find by clear and convincing evidence that defendants are not likely to flee or pose a danger to any other person in the community. The factors set forth in 18 U.S.C. §3143(a)(2)(A)(i) and (ii) are not present.

4. Defendant Paul Matthew Gilbert is acquitted, discharged and any bond exonerated.

**IT IS SO ORDERED.**

**DATED** this 19th day of October, 2006.

LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA