IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT EARL COLE,<br>LINDA DARCELL GILBERT, and<br>PAUL MATTHEW GILBERT,<br><br>Defendants. | No. CR 06-0106 |

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 11, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), based upon the guilty verdicts rendered against defendants on October 19, 2006, forfeiting any interest defendants had or have in the firearms and ammunition alleged to be subject to forfeiture under the Forfeiture Allegation of the August 15 2006, Indictment;

AND WHEREAS, on September 25, 2007, October 2, 2007, and October 9, 2007, the United States published notice of the forfeiture in the *Cedar Rapids Gazette,* a daily newspaper of general circulation in the area the firearms and ammunition were seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearms and ammunition included in the Preliminary Order of Forfeiture entered on June 11, 2007.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property of the defendants named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendants Robert Earl Cole, Linda Darcell Gilbert, and Paul Matthew Gilbert, who are the subjects of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> a. **an Iver Johnson Champion Model 12 gauge shotgun, no serial number, seized on March 25, 2004, in Cedar Rapids, Iowa;**
>
> b. **a Federal Ordnance .45 caliber pistol, Government Model, serial number F8902557, seized on March 25, 2004, in Cedar Rapids, Iowa;**
>
> c. **a Smith & Wesson .22 caliber pistol, Model 422, serial number TBL7761, seized on March 25, 2004, in Cedar Rapids, Iowa;**
>
> d. **a Smith & Wesson .44 caliber revolver, Model 629, serial number BNN8460, seized on August 19, 2005, in Cedar Rapids, Iowa;**
>
> e. **a loaded Winchester 12 gauge shotgun, with an obliterated serial number, seized August 19, 2005, in Cedar Rapids, Iowa; and**
>
> f. **assorted ammunition seized on March 25, 2004, and August 19, 2005, in Cedar Rapids, Iowa.**

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms and ammunition identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

**DATED** this 14 day of Nov, 2007.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

3

Case 1:06-cr-00106-LRR   Document 160   Filed 11/14/07   Page 3 of 3