UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR06-106-1-LRR |
| v. | ) |
| LINDA GILBERT, | ) |
| Defendant, | ) |
| and | ) |
| PRINCIPAL FINANCIAL GROUP, | ) |
| Garnishee. | ) |

FINAL ORDER IN GARNISHMENT

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ, Garnishee had in Garnishee's possession, custody or control personal property belonging to defendant.

The defendant was notified of the right to a hearing and has not requested a hearing to determine exempt property.

Plaintiff filed a Motion for Entry of Final Order in Garnishment. No responsive pleading has been filed.

IT IS THEREFORE ORDERED Garnishee shall pay to plaintiff the non-exempt assets currently in it's possession, custody or control which belong to the defendant. These payments shall continue until the debt to the plaintiff is paid in full or the Garnishee no longer has custody, possession or control of any property belonging to

the debtor or until further Order of this Court. Payments shall be sent to the Office of the United States Clerk of Court, 4200 C Street SW, Cedar Rapids, Iowa 52404.

IT IS FURTHER ORDERED that any amounts which the Garnishee may be holding pursuant to the Writ of Garnishment shall immediately be turned over in accordance with the above instructions.

_____ 5/12/09
LINDA R. READE, Judge
UNITED STATES DISTRICT COURT